No. 17,457.

LANNY SIMPSON, A MINOR, ETC., ET AL. *v.*
DONALD E. ERLICH.
(284 P. [2d] 662)

Decided June 6, 1955.

Mr. GEORGE F. HARSH, for plaintiffs in error.

Messrs. WOOD & RIS, Mr. WILLIAM K. RIS, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.